UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | ) Case No. 2:14-CR-00660-1 (SRC)<br>) |
| ANTHONY DELUCA, | ) ORDER<br>) |
| Defendant | )<br>) |

STANLEY R. CHESLER, U.S.D.J.

Having reviewed Petitioner's unopposed request to amend this Court's Judgment of Conviction Order issued April 29, 2015, the Court hereby:

Orders that the period within which the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons be extended to a date and time designated by the BOP on or before June 25, 2015.

**SO ORDERED.**

BY THE COURT:

_____
HONORABLE STANLEY R. CHESLER, U.S.D.J.
United States District Court

Dated: __6/8__, 2015